UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER ANN DRAKE,

      Plaintiff,                             Case No. 1:13-CV-230

v.                                           HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's September 3, 2014 Report and Recommendation recommending that the Court affirm the Commissioner's decision denying Plaintiff disability insurance benefits. The Report and Recommendation was duly served on the parties on September 9, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued September 9, 2014 (dkt. #20), is **ADOPTED** as the Opinion of the Court, and the decision of the Commissioner denying benefits to Plaintiff is **AFFIRMED**.

A separate judgment will issue.

This case is **concluded**.

Dated: September 24, 2014                                     /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                              UNITED STATES DISTRICT JUDGE